No. 688, Misc. NICHOLS v. RANDOLPH, WARDEN. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *Philip J. Rock,* Assistant Attorneys General, for respondent.

No. 696, Misc. BRADLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 749, Misc. GRANT v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 775, Misc. COPESTICK v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 776, Misc. SCHACK v. FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 781, Misc. JOHNSON v. TINSLEY, WARDEN. C. A. 10th Cir. Certiorari denied. *Isaac Mellman* and *Gerald N. Mellman* for petitioner.

No. 806, Misc. DAVIS v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 811, Misc. MARCELLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 814, Misc. LEHMAN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.